IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DONALD KEITH UNDERWOOD                                                          PETITIONER

v.                              5:06CV00112 WRW-JFF

LARRY NORRIS, Director,
Arkansas Department of
Correction                                                                                        RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus is dismissed with prejudice.

IT IS SO ADJUDGED this 18th day of September, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE